**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 06-7208
_____

PAUL MCDONALD,

Plaintiff - Appellant,

versus

LIEUTENANT R. FRIEND; OFFICER SHIMKO; SERGEANT
PERRY; TICHNELL, Chief of Security; JACOBS,
Mailroom Official; LIOBEL, Mailroom Official;
JON GALLEY, Warden,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Peter J. Messitte, District Judge. (8:06-
cv-00968-PJM)

_____

Submitted:  October 31, 2006            Decided:  November 7, 2006

_____

Before WILLIAMS, MICHAEL, and GREGORY, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Paul McDonald, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Paul McDonald appeals the district court's order denying in part and granting in part his motion to supplement his claim and denying his motion for a court order authorizing the use of certified mail for all of his outgoing legal mail. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order McDonald seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED